[No. 22190-6-I.  Division One.  August 7, 1989.]

JOANNE ODEGAARD, *Appellant*, v. EVERETT SCHOOL DISTRICT No. 2, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-2-01516-1, Daniel T. Kershner, J., entered April 7, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Pekelis, J., and Williams, J. Pro Tem.

[No. 20728-8-I.  Division One.  August 7, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ONEAL DEW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-04792-8, Anthony P. Wartnik, J., entered July 15, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Scholfield and Pekelis, JJ.

[No. 22468-9-I.  Division One.  August 7, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. DREW DOUGLAS PROUDLOCK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-04512-5, Charles V. Johnson, J., entered June 17, 1988. *Reversed* by unpublished per curiam opinion.